# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00249-CMA-MEH

BRICE FITCH

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, BRICE FITCH, hereby notifies the Court that Plaintiff and Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., have reached settlement as to all claim(s), and are in process of completing the settlement agreement and filing the notice of voluntary dismissal. The parties request that the Court retain jurisdiction for any matter relating to completing the settlement agreement and/or enforcing the settlement agreement.

| | |
|---|---|
| May 2, 2018 | Respectfully submitted, |
| | */s/ Joseph Scott Davidson* |
| | Joseph Scott Davidson<br>**SULAIMAN LAW GROUP, LTD.**<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-581-5450<br>jdavidson@sulaimanlaw.com |
| | *Counsel for Brice Fitch* |