**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-00249-CMA-MEH

BRICE FITCH

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

    Defendant.

**MOTION FOR EXTENSION OF TIME TO FILE DISMISSALPAPERS**

**NOW COMES** BRICE FITCH ("Plaintiff"), by and through his attorney, Mohammed O. Badwan of Sulaiman Law Group, Ltd., moving this Honorable Court for an extension of time to file dismissal papers, and in support thereof, stating as follows:

1. The parties in this case have reached a settlement and have memorialized the terms of the settlement.

2. On May 2, 2018, Plaintiff filed a Notice of Settlement with the Court. [Dkt. 23].

3. On May 3, 2018, an Order was entered by the Court ordering the parties to file dismissal papers by May 30, 2018. [Dkt. 24]

4. The Defendant is in the process of satisfying its respective obligations as prescribed by the terms of their agreement.

5. Accordingly, additional time is needed to finalize the settlement and file dismissal papers.

WHEREFORE, Plaintiff respectfully requests the Court to enter an order extending the deadline to file dismissal papers to June 20, 2018, and grant such other relief as the Court deems appropriate.

Dated:  May 30, 2018							Respectfully submitted,

							s/ Mohammed O. Badwan
							Mohammed O. Badwan, Esq.
							*Counsel for Plaintiff*
							Sulaiman Law Group, LTD
							2500 S. Highland Ave., Ste. 200
							Lombard, IL 60148
							Phone (630) 575-8180
							mbadwan@sulaimanlaw.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on May 30, 2018, a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, District of Colorado.

*s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
