**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-00249-CMA-MEH

BRICE FITCH

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

    Defendant.

## STIPULATION OF DISMISSAL

Plaintiff BRICE FITCH and Defendant DIVERSIFIED ADJUSTMENT SERVICES, INC. hereby stipulate under Fed. R. Civ. P. 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | |
|---|---|
| Dated: June 12, 2018 | Respectively submitted, |
| */s/ Joseph Scott Davidson* | */s/ Joseph J. Lico* |
| Joseph Scott Davidson<br>**SULAIMAN LAW GROUP, LTD.**<br>2500 South Highland Avenue<br>Suite 200<br>Lombard, Illinois 60148<br>+1 630-575-8181<br>jdavidson@sulaimanlaw.com | Joseph J. Lico<br>**PATRICIA JO STONE, P.C.**<br>19751 East Mainstreet<br>Suite 200<br>Parker, Colorado 80138<br>+1 303-805-7080<br>joseph@patriciajostone.com |
| *Counsel for Brice Fitch* | *Counsel for Diversified Adjustment Service, Inc.* |